UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No.  2:13-cr-00398-MCE-1 |
| Plaintiff, | |
| v. | **ORDER** |
| LAVELLE PHILLIPS, | |
| Defendant. | |

The jury trial in this matter was confirmed for two days starting on May 12, 2014. The following due dates are set for this matter: trial briefs, a mandatory joint statement of the case, proposed voire dire, proposed jury instruction(s), proposed verdict form(s), witness lists, and exhibit lists are to be filed not later than May 5, 2014.  Motions in limine are due by April 21, 2014, opposition by April 28, 2014, and replies, if any, by May 5, 2014.

IT IS SO ORDERED.

Dated:  March 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1